IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **AIMAN NAZIH DARWICH,** | : | |
| Petitioner, | : | |
| v. | : | |
| | | **CIVIL ACTION 06-00579-WS-M** |
| **ALBERTO GONZALES,** *et. al.*, | : | |
| Respondents. | : | |

## ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

It is **ORDERED** that this action be **DISMISSED** as MOOT.

**DONE** this 23rd day of April, 2007.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE