IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **AIMAN NAZIH DARWICH,** | : |
| Petitioner, | : |
| v. | : |
| | CIVIL ACTION 06-00579-WS-M |
| **ALBERTO GONZALES,** *et. al.*, | : |
| Respondents. | : |

## JUDGMENT

It is **ORDERED**, **ADJUDGE**D, and **DECREED** that JUDGMENT be entered in favor of Respondents Alberto Gonzales, Michael Chertoff, and David O. Streiff and against Petitioner Aiman Nazih Darwich.

**DONE** and **ORDERED** this 23rd day of April, 2007.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE
